ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Gilbane Federal | ) ASBCA Nos. 63305, 63306, 63307 |
| | ) |
| Under Contract No. N39430-15-D-1634 | ) |

APPEARANCE FOR THE APPELLANT:        Joseph C. McGowan, Jr., Esq.
                                       Rogers Joseph O'Donnell, P.C.
                                       San Francisco, CA

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                      Navy Chief Trial Attorney
                                      Antonio T. Robinson, Esq.
                                      Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  April 3, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63305, 63306, 63307, Appeals of Gilbane Federal, rendered in conformance with the Board's Charter.

Dated:  April 3, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services